THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALAMELU VELAPPAN SUBRAMANIAN, :
and MURUGAPPAN ARUNACHALAM :
ANNAMALAI :
:
:
         **Plaintiff,** :
v. : 3:19-CV-1881
: **(JUDGE MARIANI)**
CHARLES DIXON and :
BIG RED BULLET, LLC, :
:
         **Defendants.** :

## ORDER

AND NOW, THIS 2ND DAY OF DECEMBER 2021, upon consideration of Plaintiffs' counsel's request for an emergency status conference regarding Defendant Big Red's Corporate Designee (Doc. 53), **IT IS HEREBY ORDERED THAT** Plaintiff's counsel's request is **DENIED without prejudice** to Plaintiff seeking clarification or modification of the Court's Order of June 22, 2020, regarding prohibition of discovery requests requiring "disclosure or production of documents relating to Defendant Dixon and facts of the accident at issue, the criminal investigation related to the accident, or charges filed against Defendant Dixon" (Doc. 26 ¶ 1).[1]

                                                              _____
                                                              Robert D. Mariani
                                                              United States District Judge

---

[1] Counsel's request for an "emergency status conference" filed at 3:36 p.m. on November 30, 2021, seeking Court action regarding a deposition scheduled for December 2, 2021, is not deemed an emergency for several reasons including the fact that Plaintiffs' filing indicates that counsel has been aware of Defendants' objection to the deposition since October 28, 2021. (*See* Doc. 53-2 at 1.)